# Ex. 1
# Holland Resignation Docs

# Alicia Holland

**From:** Alicia Holland <aliciaann@hargray.com>
**Sent:** Friday, August 7, 2020 2:07 PM
**To:** psommerville@hargray.com
**Subject:** AHolland Resignation
**Attachments:** 2020-04-20 AHolland Resignation.pdf

Paul,
Attached is my resignation I provided to Ashley in person as soon as the April 20, 2020, Finance Committee adjourned. I handed it to her while we were still in the council chambers and she asked me to come to her office. I went to her office and she asked me if I was okay. I told her that I was not terminally ill as far as I knew, but that I was not okay.

After Chris Inglese was terminated in June 2020 and he called me to talk; he told me that Ashley had him destroy my letter of resignation. I do not understand why my letter of resignation was destroyed.

Jim Beckert and all of his nonsense that was entertained by certain council members is the root of what lead to the majority of my stress. There were other stressful issues that wore on me as well, but nothing like Jim Beckert. The insanity from Jim Beckert and certain council members interfered with my ability to do my job. Therefore, tax dollars were being paid to me as my compensation and I was spending so much time defending accusations made by Jim – I could no longer tolerate the waste of tax dollars created by this man and supported by his allies on county council.

When the COVID-19 pandemic began in March and Ashley started becoming hostile and abusive towards employees, specifically her senior staff, that was pushing me even more towards my decision to leave. I never felt I had the support of Ashley in the year that I worked with her. When she told me on April 16th that I made the county look stupid, that was the icing on the cake for me and my resignation was typed before the sun set on that day.

Best Regards,
Alicia

HOLLAND000163

April 20, 2020

Ms. Ashley Jacobs
Beaufort County Administrator
Beaufort County Government
100 Ribaut Road
Beaufort, South Carolina 29902

Dear Ashley,

I regret to inform you of my resignation from my position as Assistant County Administrator, Finance, effective Friday, May 1, 2020.

I take a great deal of pride in the work that I do for the citizens of Beaufort County. I have devoted the past ten (10) years of my life to the citizens of Beaufort County. The most recent three (3) years have been intolerable and unfortunately have resulted in undue stress and medical issues beyond my control. Therefore, I must make my health a priority and leave my position with Beaufort County.

Best Regards,

*Alicia Holland*

Alicia Holland


CC:     Christopher Inglese, Deputy County Administrator
        Human Resources